United States District Court
District of Connecticut

FILED
2003 NOV 21 A 7:37
US DISTRICT COURT
BRIDGEPORT CT

James McKinnon          Case: 03CV17
 160770
  Plaintiff
                        November 14, 2003
V.
John Landa, et al
Dilworth
Carlos ...

Defendant...


Plaintiff Motion is To Respond
...

1. Plaintiff James McKinnon prose request this Honorable Court to examine the exhibits against the defendants. Plaintiff contend that the facts ... ... of the allegations which is forwarded in the interest of justice and expediting ... ... the plaintiff is more likely to triumph.

By James McKinnon
   James McKinnon prose
   900 Highland Avenue
   Cheshire CT 06410

2. plaintiff request in the complaint that a charg of administrative detention after the hearing on September 6, 2002 be considerd moot, because of Exhibit's has information that plaintiff was held on wave segregation time.

3. plaintiff has fast newly discoverd evidence that request for relief be granted.

4. Exhibit "A" is a request from defendants Counselor Dilworth saying that segregation time was waved befor Disciplinary report received on August 29, 2002.

5. Exhibit "B" is a responding from the Deputy commission that mail come open with out grievance from my unit manager Hannah, also it was not original with date.

6. Exhibit "C" is request from plaintiff to unit manager Hannah asking how come I have no response from counselor James c-t-o reason my legal mail come open.

7. Exhibit "D" is plaintiff request for an incident report because of legal mail coming open, from major Angel Quiros.

         Ry× James McKinnon
         James McKinnon Pro se
         900, Highland Avenue
         Cheshire, CT 06410

8. Exhibit "E" is from major Angel Quiros not requested a copy, plaintiff ask for his original grievance. Opponents not the copy because the dates of the original are not the same. Because the dates were altered this effected the filing time.

9. Exhibit "F" is plaintiff Level A grievance that came from major Angel Quiros September 16, 2003.

10. Exhibit "G" is Disposition that came with Level A grievance.

11. Exhibit "H" is the copy of level A appeal.

Also plaintiff was waived of 30 days so the plaintiff exhausted all filing period

Plaintiff has present of time in Exhibits that defendants are in violation of the code of penal Discipline also avilation of the plaintiff 14th Amedment

James McKinnon Pro Se
900 Highland Avenue
Cheshire CT 06410

# Certification

Plaintiff respectfully certifies this claims to be true and to the best of my ability affirmed on this 11th day of November, 2003

By: *James McKinn*
(James McKinn)
200 Hartford Avenue
Hartford CT 06410

Mary E. Larsen Deputy Clerk
United States District Court
915 Lafayette Boulevard
Bridgeport Connecticut
06604