UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES McKINNON

V.

JOHN LAHDA
DIL WORTH
BURGOS

FILED
2004 JUN 22 P 4:25
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

PRISONER
CASE NO. 3:03 CV 17 (JCH)

May 28, 2004

## Plaintiff Motion To Reopen

The plaintiff respectfully request this court to reopen the above mention case since on 8/25/03 a ruling and ordered and adjudged dismissing the complaint without prejudice by Judge Janet C. Hall, United States District Judge [Entry on the Docket 8/27/03] signed by Deputy Clerk Donna P. Thomas closing the matter.

The court received on 2/14/02 motion by James McKinnon to proceed in forma pauperis, and complaint granting on 2/20/03 motion to proceed in forma pauperis signed by Holly B. Fitzsimmons, U.S.M.J., filed 2/21/03.

Plaintiff now files a motion to reopen the case relying on the fourth circuit, has erred the court

1 of 2

in Dismissing frivolous Pro Se Complaint after accepting filing fees without offering opportunity to cure defect. See Church v. Attorney Gen. of VA., 125 F.3d 210, 215 (4th Cir. 1997); The fifth Circuit is also applicable since it has erred the Court in Dismissing Pro Se Complaint without giving inmate opportunity to Amend. See Bazrowx v. Scott, 136 F.3d 1053, 1054 (5th Cir. 1998). The ninth circuit has determine that Court erred in dismissing Pro-Se Complaint where Amendment would cure defect; Court shall give specific notice of Complaint's deficiencies and opportunity to Amend. See, Lucas v. Dep't of Corrs, 66 F.3d 245, 248-49 (9th Cir. 1995).

## Conclusion

The plaintiff Motion to reopen the case should be respectfully granted to provide opportunity to cure defect and Amend the complaint when filing fee's had/have been Accepted by the Court.

RESPECTFULLY SUBMITTED
*James McKinnon*
JAMES MCKINNON

SO ORDERED
GRANTED / DENIED